John H. Victor, appellant, v. R. Bernard Kurzon et al., appellees. Gen. No. 38,862.

Opinion filed December 30, 1936.

Thomas D. Huff, for appellant; Herbert A. Huff, of counsel. David Froehlich, for appellees; Louis Kaplan, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Tony Masinski and Katie Masinski, appellees, v. Tom Dulak and Walter H. Fisher, appellants. Gen. No. 39,008.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.

Maximilian J. St. George, for appellants. Louis T. Herzon, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Edward Bryniarski, by his next friend, Eugene Grajewski, appellee, v. Peoples Finance Company, appellant. Gen. No. 39,045.

Opinion filed December 30, 1936.

Brodkin & Bieber, for appellant; Irving W. Eiserman, of counsel. Mitchell Kilanowski, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Otto R. Dannies, plaintiff in error. Gen. No. 39,181.

Opinion filed December 30, 1936.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.